Elliot S. Blut, Esq.
Nevada Bar No. 6570
ECOFF, BLUT & SALOMONS, LLP
300 South Fourth Street, Suite 701
Las Vegas, NV 89101
Telephone (702) 384-1050
Facsimile (702) 384-8565

Attorneys for Defendant
OneWest Bank, FSB

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA-LAS VEGAS

| | |
|---|---|
| JAMES QUERUBIN, an individual; LUNINGNING QUERUBIN, an individual<br><br>Plaintiffs<br><br>v.<br><br>ONEWEST BANK, FSB, DOES I through X, inclusive; ROE CORPORATIONS, I through X, inclusive<br><br>Defendants. | CASE NO: 10-cv-01039-PMP-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

    Plaintiffs, James Querubin and Luningning Querubin, and Defendant, OneWest Bank, FSB, hereby stipulate to the dismissal with prejudice of the entire action in the above-titled action.

    IT IS SO STIPULATED.

DATED this 8th day of June, 2011    ECOFF, BLUT & SALOMONS, LLP


                                                                          By:   /s/  Elliot S. Blut
                                                                          Elliot S. Blut, Esq.
                                                                          NEVADA BAR No. 6570
                                                                          300 South Fourth Street, Suite 701
                                                                          Las Vegas, Nevada 89101
                                                                          Attorneys of OneWest Bank, FSB

| | |
|---|---|
| 1 | DATED this 8th day of June, 2011 |

DATED this 8th day of June, 2011

COGBURN LAW OFFICES

By: /s/ Jamie Cogburn
Jamie S. Cogburn, Esq.
NEVADA BAR No. 8409
9555 S. Eastern Ave., Suite 280
Las Vegas, NV 89123
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED that all claims shall be dismissed with prejudice.

DATED this _ 13th day of June, 2011.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

Submitted by:

ECOFF, BLUT & SALOMONS, LLP

By: /s/ Elliot S. Blut
Elliot S. Blut, Esq.
NEVADA BAR No. 6570
300 South Fourth Street, Suite 701
Las Vegas, Nevada 89101
Attorney for Defendant,
OneWest Bank, FSB